AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Mukhtar Mohamed Shariff (7) | ) | Case No.  CR 22-124 NEB/TNL |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Mukhtar Mohamed Shariff                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

Indictment      ✓ Superseding Indictment      Information      Superseding Information      Complaint

Probation Violation Petition      Supervised Release Violation Petition      Violation Notice      Order of the Court

This offense is briefly described as follows:              Pretrial Release Violation Petition
Count 1 – Wire Fraud Conspiracy, 18:371; Count 8 – Wire Fraud, 18:1343; Count 13 – Conspiracy to Commit Federal Programs Bribery, 18:371; Count 15 – Federal Programs Bribery, 18:666; Count 20 – Conspiracy to Commit Money Laundering, 18:1956(h); Count 31 – Money Laundering, 18:1957.

Date:  9/13/2022

_Issuing officer's signature_

City and state:    Minneapolis, MN

Kate M. Fogarty, Clerk of Court
_Printed name and title_

| **Return** |
|---|

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date: _____

_Arresting officer's signature_

_Printed name and title_

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____