IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: David T. Schultz |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 22-cr-124 NEB/TNL |
| | ) | Date: September 20, 2022 |
| Mukhtar Mohamed Shariff(7), | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 9E |
| Defendant, | ) | Time Commenced: 2:12 p.m. |
| | | Time Concluded: 2:15 p.m. |
| | | Time in Court: 3 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert and Joe Thompson, Assistant U.S. Attorney
Defendant: Fredrick Goetz,
        X Counsel to be appointed

Date Charges Filed: 9/13/2022    Offense: wire fraud conspiracy; wire fraud; conspiracy to commit federal programs bribery; federal programs bribery; conspiracy to commit money laundering; money laundering

X Advised of Rights

on    X Superseding Indictment

**X Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                            s/Janet Midtbo
                                             Signature of Courtroom Deputy